Nellie V. Doyle, Respondent, v. Nicholas J. Doyle, Appellant.— Motion denied on condition that the appellant perfect his appeal, place the case at the foot of the present calendar, and be ready for argument when reached; otherwise motion granted, with ten dollars costs.  Present — Jenks, P. J., Hirschberg, Burr, Thomas and Carr, JJ.

Frances C. Duryea and Others, as Executors, etc., Appellants, v. Eugene Zimmerman and Others, Respondents.— Motion denied, with ten dollars costs. Present — Jenks, P. J., Hirschberg, Burr, Thomas and Carr, JJ.

Eastman Kodak Company, Respondent, v. S. Prussin & Company, Appellant. — Motion granted, with ten dollars costs.  Present — Jenks, P. J., Hirschberg, Burr, Thomas and Carr, JJ.

Margaret G. Ednie, as Executrix, etc., Respondent, v. John D. McHenry, Appellant.— Motion denied on condition that the appellant perfect his appeal, place the case on the April calendar and be ready for argument when reached; otherwise motion granted, with ten dollars costs.  Present — Jenks, P. J., Hirschberg, Burr, Thomas and Carr, JJ.

Farmers' Loan and Trust Company, Respondent, v. Westchester County Water Works Company and Others, Defendants.  Louis Marshall, Appellant.— Motion granted in part.  Present — Jenks, P. J., Hirschberg, Burr, Thomas and Carr, JJ.  Settle order before the presiding justice.

Charles Goldstein, Respondent, v. Benjamin Morowitz and Another, Appellants.— Motion granted, with ten dollars costs.  Present — Jenks, P. J., Hirschberg, Burr, Thomas and Carr, JJ.

Charles Goldstein, Respondent, v. Samuel Silberling and Another, Appellants. — Motion denied, with ten dollars costs.  Present — Jenks, P. J., Hirschberg, Burr, Thomas and Carr, JJ.

May M. Gugel and Another, Respondents, v. Everett S. Hiscox and Another, Appellants.— Motion granted.  Present — Jenks, P. J., Hirschberg, Burr, Thomas and Carr, JJ.  Settle order before Mr. Justice Thomas.

Edmund W. Hathaway, Plaintiff, v. James P. Graham and Others, Defendants.— Motion to dismiss appeal denied, with ten dollars costs.  Present — Jenks, P. J., Hirschberg, Burr, Thomas and Carr, JJ.

Edmund W. Hathaway, Plaintiff, v. James P. Graham and Others, Defendants.— Motion to dismiss appeal denied, with ten dollars costs.  Present — Jenks, P. J., Hirschberg, Burr, Thomas and Carr, JJ.

Saul Heinitz, Respondent, v. Frank Darmstadt, Appellant.— Motion granted, with ten dollars costs.  Present — Jenks, P. J., Hirschberg, Burr, Thomas and Carr, JJ.

Leopold Hornbostel, Respondent, v. Isaac Zwisohn, Appellant.— Motion denied on condition that within ten days the appellant perfect his appeal, place case at the foot of the present calendar and be ready for argument when reached; otherwise motion granted, with ten dollars costs.  Present — Jenks, P. J., Hirschberg, Burr, Thomas and Carr, JJ.

In the Matter of the Application of the City of New York, Relative to Acquiring Title, etc., to Lands for Approach to Manhattan Bridge (Bridge No. 3), etc., in the Fourth, Fifth and Eleventh Wards, Borough of Brooklyn, City of New